UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC. et al.,<br><br>　　　　　Defendants. | Case No.  1:23-cv-00199-JLT-BAM<br><br>**ORDER REGARDING PLAINTIFF'S MOTION OF VOLUNTARY DISMISSAL**<br><br>(Doc. 6.) |

　　　On March 1, 2023, Plaintiff filed a motion of voluntary dismissal with prejudice as to "Defendants TRANSUNION CORP" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 6.)  However, TRANSUNION CORP is not mentioned in Plaintiff's Complaint. (Doc. 1-1 at 4-14.)  Instead, Plaintiff's Complaint refers variously to "TransUnion" and "Trans Union." (*Id.*)

　　　Therefore, by March 23, 2023, Plaintiff shall file a revised Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) to clarify that he seeks to dismiss from the action the Defendant "TransUnion" and "Trans Union" as named in his Complaint.
IT IS SO ORDERED.

　　Dated:　**March 2, 2023**　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1